IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE LUIS SAUCEDA | § | |
|     TDCJ-CID #1245372 | § | |
| V. | § | C.A. NO. C-08-224 |
| | § | |
| NATHANIEL QUARTERMAN | § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting respondent's motion for summary judgment and denying petitioner's § 2254 petition for habeas corpus relief, judgment is entered that petitioner is not entitled to habeas corpus relief. This is a final judgment.

SIGNED this 8th day of December, 2008.

_____
Janis Graham Jack
United States District Judge